IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHOICE ENERGY, LLC, D/B/S 4 CHOICE ENERGY, <br><br> Plaintiff, <br><br> vs. <br><br> SUNSEA ENERGY, LLC; SUNSEA ENERGY, NJ; SUNSEA ENERGY HOLDINGS, LLC; PROTEL MARKETING, INC.; EZE SALES & MARKETING, INC.; JACAOB ADIGWE; ROMAINE REID; GERMAINE REID; ET AL, <br><br> Defendants, | No. 1:20-cv-14139 |

## STIPULATION OF DISMISSAL

It is hereby STIPULATED and AGREED by and between the undersigned counsel that plaintiff hereby waives, withdraws and dismisses with prejudice any and all claims it has or might have against all or any of the defendants for reputational damage, lost profits and/or lost revenue. This stipulation is not intended to dismiss any count of the complaint.

**COYLE LAW GROUP LLP**                    **LITCHFIELD CAVO LLP**

*s/ Jesse C. Ehnert*                       */s/Robert L. Sanzo*
Jesse C. Ehnert, Esquire                   Robert L. Sanzo, Esquire
John D. Coyle, Esquire                     *Counsel for Defendants*
*Counsel for Plaintiff*


Date:   April 6, 2022                      APPROVED:

                                           _____
                                                                       J.